In the Matter of Acquiring Title to Roebling Street, from Bridge Plaza at South Fourth Street to Union Avenue, etc., Borough of Brooklyn, etc. — Motion for reargument denied, with costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Mary Ann Jackson, Respondent, v. Samuel Matthews, Appellant, Impleaded, etc. — Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Harry J. Lerbs, Appellant, v. Emma M. Lerbs, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

B. M. Maltz Company, Respondent, v. Herman J. Levy Realty and Construction Company, Appellant.— Motion denied, with costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Willis H. Winn and Another, Respondents, v. Louis Jacobs, Appellant, Impleaded with Stephen Conway, Defendant.— Motion denied, with costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Andrew Anderson, Respondent, v. Leo Sander, Appellant, Impleaded, etc.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George L. Moore, Respondent, v. Joseph R. Heath, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

David Pomerantz, Appellant, v. Filomena Pirozzi and Joseph Pirozzi, Respondents.— Plaintiff's testimony, if true, establishes a contract by the defendants under which he was to perform the work at an agreed price. It is uncontradicted. There is nothing improbable in his testimony, and the court should not have rejected it. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

George W. Speaight, Respondent, v. The People's Trust Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Harry J. Taggart, Respondent, v. Abram Wakeman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Title Guarantee and Trust Company, Respondent, v. William H. Sage, Appellant, Impleaded with Another, Defendant.— Reargument ordered and case set down for Wednesday, June 14, 1911. Present — Jenks, P. J., Burr, Thomas and Woodward, JJ.; Carr, J., taking no part.

Patrick J. Walsh, Respondent, v. John McAuliffe, Defendant, and Halstead Swan, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.